Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Rocio Maynez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO MAYNEZ, | Case No.: 2:21-cv-03834-VAP-SHK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff Rocio Maynez ("Plaintiff") and Defendant JP Morgan Chase Bank, N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending

- 1 -

deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                                RESPECTFULLY SUBMITTED,

DATED: June 15, 2021         By: */s/ Youssef H. Hammoud*
                                                Youssef H. Hammoud (SBN: 321934)
                                                **PRICE LAW GROUP, APC**
                                                6345 Balboa Blvd., Suite 247
                                                Encino, CA 91316
                                                T: (818) 600-5596
                                                F: (818) 600-5496
                                                E: youssef@pricelawgroup.com
                                                *Attorneys for Plaintiff,*
                                                *Rocio Maynez*

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Lia Ruggeri*