Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Rocio Maynez*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO MAYNEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No.: 2:21-cv-03834-VAP-SHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Rocio Maynez and Defendant JP Morgan Chase Bank, N.A. ("Chase"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Chase.

RESPECTFULLY SUBMITTED,

DATED: August 13, 2021            By: */s/ Youssef H. Hammoud*
                                  Youssef H. Hammoud (SBN: 321934)
                                  **PRICE LAW GROUP, APC**
                                  6345 Balboa Blvd., Suite 247
                                  Encino, CA 91316
                                  T: (818) 600-5596
                                  F: (818) 600-5496
                                  E: youssef@pricelawgroup.com
                                  *Attorneys for Plaintiff,*
                                  *Rocio Maynez*

DATED: August 13, 2021            By: */s/ Sheri Guerami*
                                  ARJUN P. RAO (State Bar No. 265347)
                                  SHERI GUERAMI (State Bar No. 265231)
                                  **STROOCK & STROOCK & LAVAN LLP**
                                  2029 Century Park East, 18th Floor
                                  Los Angeles, CA 90067-3086
                                  Telephone: 310.556.5800
                                  Facsimile: 310.556.5959
                                  Email: lacalendar@stroock.com
                                  *Attorneys for Defendant*
                                  *JPMorgan Chase Bank, N.A.*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

DATED: August 13, 2021              By: */s/Youssef Hammoud*
                                    Youssef H. Hammoud
                                    *Attorneys for Plaintiff*
                                    *Rocio Maynez*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

By: */s/Florence Lirato*