# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO MAYNEZ, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No.: 2:21-cv-03834-VAP-SHK <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant JP Morgan Chase Bank, N.A. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant JP Morgan Chase Bank, N.A.

    **IT IS ORDERED.**

Date: August 16, 2021

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE